DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**R.J. REYNOLDS TOBACCO COMPANY,**
Appellant,

v.

**GWENDOLYN E. ODOM,** Personal Representative of the **ESTATE OF JUANITA THURSTON,**
Appellee.

No. 4D14-3867

[November 7, 2018]

*ON REMAND FROM THE SUPREME COURT OF FLORIDA*

Appeal and cross-appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Timothy McCarthy, Judge; L.T. Case No. 502008CA038863XXXXMBAJ.

Jeffrey S. Bucholtz, Val Leppert, William L. Durham II, Philip R. Green and Jeffrey L. Furr of King & Spalding LLP, Washington, DC, Atlanta, GA, and Charlotte, NC, for appellant.

David J. Sales of David J. Sales, P.A., Jupiter, and Rosalyn Sia Baker-Barnes, Mariano Garcia and T. Hardee Bass of Searcy Denney Scarola Barnhart & Shipley, P.A., West Palm Beach, for appellee.

DAMOORGIAN, J.

This matter is before us on remand from the Supreme Court of Florida following its decision in *Odom v. R.J. Reynolds Tobacco Co.*, No. SC17-563, 2018 WL 4496563 (Fla. Sept. 20, 2018), quashing our decision in *R.J. Reynolds Tobacco Co. v. Odom*, 210 So. 3d 696 (Fla. 4th DCA 2016). In accordance with the supreme court's mandate, we affirm and remand for reinstatement of the final judgment.

*Affirmed and remanded with instructions.*

MAY and CIKLIN, JJ., concur.

\*          \*          \*